UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-378-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TIMOTHY A. SPENCE, | ) | |
| Defendant | | |

This matter is before the court on motion by defendant Timothy Spence, seeking an order of early termination of his supervised release. According to his motion, Spence is scheduled to complete supervised release in May 2014, but he believes he will not benefit from continued supervision until that date. He notes that he has complied with the terms of release and maintains steady employment. He hopes to be able to "continue growing without restraints" that supervised release impose.

The court has considered Spence's request and has conferred with the United States Probation Officers familiar with this case. The court, in its discretion, declines Spence's request for early termination of his supervised release, and his motion therefore is DENIED.

SO ORDERED.

This, the 6th day of August, 2012.

JAMES C. FOX
Senior United States District Judge