# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                               Crim. No. 5:04-CR-378-1

TIMOTHY ANTOINE SPENCE

      On May 27, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/ Robert L. Thornton                                    /s/ Chip Williams  
Robert L. Thornton                                            Chip Williams  
Supervisory U.S. Probation Officer                    U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of April, 2013.

James C. Fox  
Senior U.S. District Judge